IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| CHARLES DONALD PULPWOOD, INC., | PLAINTIFF/GARNISHOR |
| VERSUS | CIVIL NO. 3:07CV297-DPJ-JCS |
| DAVID W. SENN | DEFENDANT |
| AND | |
| SENN LAND AND TIMBER, LLC | JUDGMENT DEBTOR |
| AND | |
| ASHBRITT, INC. d/b/a ASHBRITT ENVIRONMENTAL | DEFENDANT/GARNISHEE |
| _____/ | |

**AGREED JUDGMENT ON WRIT OF GARNISHMENT AND ORDER TO PAY
GARNISHOR, CHARLES DONALD PULPWOOD, INC.**

THIS CAUSE came before the Court on Charles Donald Pulpwood, Inc.'s Motion for Summary Judgment in Support of the Writ of Garnishment served on Asbritt, Inc. d/b/a/ Ashbritt Environmental ("Ashbritt/Garnishee"). The Court finds that:

A. on April 20, 2007, the Madison County Clerk's office issued a Writ of Garnishment directed to Ashbritt for payment of a judgment due to Charles Donald Pulpwood, Inc. ("Garnishor") by Senn, Land and Timber, L.L.C., the judgment debtor;

B. the Garnishor and the Garnishee have reached an agreement regarding satisfaction of the April 20, 2007 Writ of Garnishment; and

C. given the agreement for satisfaction of the writ of garnishment, Garnishor's Motion for Summary Judgment is denied as moot.

Therefore, it is **ORDERED** and **ADJUDGED** that:

Garnishee, Ashbritt shall pay the sum of $92,056.22 in the form of a check payable to "Balch & Bingham, L.L.P., in trust for Charles Donald Pulpwood", and delivered to William C. Reeves at Balch & Bingham, L.L.P., 401 East Capitol Street, Suite 200, Jackson, Mississippi 39201. Ashbritt's payment in accordance with this Order shall be in full and final satisfaction of the

April 20, 2007 Writ of Garnishment directed to Ashbritt and any other claims associated with it, including claims for attorneys' fees and/or pre/post judgment interest.

      **SO ORDERED AND ADJUDGED** this the 24th day of October, 2007.

                                              s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE

Approved:

Ashbritt, Inc.

By: /s/Robert Chapman Williamson
Its Counsel

Charles Donald Pulpwood, Inc.

By: /s/William C. Reeves
Its Counsel